1  KRISTA HART
   State Bar No 199650
2  PO Box 188794
   Sacramento, CA 95818
3  (916) 498-8398
   kristahartesq@gmail.com
4

5  Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 00-427 LKK |
| Plaintiff, | |
| v. | **ORDER RE: PSYCHOLOGICAL EVALUATION** |
| DAVID GUIDRY, | |
| Defendant. | |

**GOOD CAUSE APPEARING** the Court orders Dr. Kent Franks to conduct a psychological evaluation of David Guidry (Reg. No. 85957-011). The Warden of the Medical Center for Federal Prisoners in Springfield, Missouri shall allow Dr. Franks to have visits with Mr. Guidry to allow Dr. Franks to conduct the necessary evaluation.

DATED: November 14, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1