UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

NO. CR. S-00-0427 LKK

    Plaintiff,

  v.                                       O R D E R

DAVID GUIDRY,

    Defendant.
_____/

The court is in receipt of a filing by defendant, filed with this court on May 14, 2012. The filing contains copies of documents previously filed with this court and in a case filed in the United States District Court for the District of Massachusetts. The filing does not appear to the court to contain a specific request or motion by the defendant.

Accordingly, no further action by this court will be taken.

IT IS SO ORDERED.

DATED: May 24, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1