UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DAVID GUIDRY,

        Defendant.
        /

NO. CR. S-00-0427 LKK

O R D E R

The court is in receipt of defendant's motion for appointment of new counsel. The motion is DENIED.

IT IS SO ORDERED.

DATED: July 30, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT